**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Tomasz Kaczor
Anna M. Kaczor aka
Anna M. Warzocha

Debtor(s)

Case No.: 12 B 50698
Chapter: 13
Hearing Date: 9/17/13

Judge Carol A. Doyle

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Tomasz Kaczor, Anna M. Kaczor, Debtor(s), 3417 N. Oriole Avenue, Chicago, IL 60634
Mohammed O. Badwan, Attorney for Debtor(s), 900 Jorie Blvd Ste 150, Oak Brook, IL 60523 by electronic notice through ECF

PLEASE TAKE NOTICE that on September 17, 2013, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 742, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on September 9, 2013, and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 9, 2013.

/s/ Gloria Tsotsos
Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-01299)**

NOTE: This law firm is deemed to be a debt collector.

# CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on September 9, 2013 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 9, 2013.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Tomasz Kaczor, Anna M. Kaczor, Debtor(s), 3417 N. Oriole Avenue, Chicago, IL 60634
Mohammed O. Badwan, Attorney for Debtor(s), 900 Jorie Blvd Ste 150, Oak Brook, IL 60523 by electronic notice through ECF


          /s/ Gloria Tsotsos
          Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-01299)**

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Tomasz Kaczor
Anna M. Kaczor aka
Anna M. Warzocha

Debtor(s)

Case No.: 12 B 50698
Chapter: 13
Hearing Date: 9/17/13

Judge Carol A. Doyle

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** OCWEN LOAN SERVICING, LLC, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1.  This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2.  The Debtors are indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 3417 N. Oriole Avenue, Chicago, IL;

3.  Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 12/29/12;

4.  Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reason(s):

    a.  According to the chapter 13 plan, the aforementioned property known as 3417 N. Oriole Avenue, Chicago, IL is to be surrendered;

      b.    The Debtors are past due for the 1/1/13, and all amounts coming due since that date;

      c.    The total post-petition default through and including 8/1/13, is $11,330.56. This amount includes post-petition attorney fees and costs in the amount of $976.00;

      d.    If no further payments are received prior to the 9/17/13, hearing date, the default will increase to $12,624.88;

5.    This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

6.    Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein subject to court approval, including:

      $150.00 for Review of Debtors' Chapter 13 Plan

      $650.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

      $176.00 for Court filing fee

7.    Ocwen Loan Servicing, LLC services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Ocwen Loan Servicing, LLC (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in the name of Ocwen Loan Servicing, LLC (the noteholder). Ocwen Loan Servicing, LLC (the noteholder) has the right to foreclose because: Noteholder is the owner of the note. Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

**WHEREFORE,** OCWEN LOAN SERVICING, LLC prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this September 9, 2013.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Gloria Tsotsos

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-01299)**

NOTE: This law firm is deemed to be a debt collector.