B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 12–50698
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tomasz Kaczor | Anna M. Kaczor |
| 3417 N. Oriole Avenue | fka Anna M. Warzocha |
| Chicago, IL 60634 | 3417 N. Oriole Avenue |
| | Chicago, IL 60634 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7394                                                       xxx–xx–8483

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


                                                                   FOR THE COURT


Dated: <u>October 16, 2014</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                   United States Bankruptcy Court




**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-50698-CAD
Tomasz Kaczor                                                       Chapter 13
Anna M. Kaczor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez            Page 1 of 2              Date Rcvd: Oct 16, 2014
                              Form ID: b18w            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2014.
db/jdb         #+Tomasz Kaczor,    Anna M. Kaczor,    3417 N. Oriole Avenue,    Chicago, IL 60634-3249
19992942        BMO Harris Bank N.A.,    Attn: BRK-180-RC,   770 N. Water Street,    Milwaukee, WI 53202-3593
19866788       +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
19866789       +BMO Harris Bank N.A.,    200 W. Monroe St, Fl 19,    Chicago, IL 60606-5075
19866792       +Citibank, N.A.,    399 Park Avenue,   New York, NY 10022-4699
19866796       +Department of Education,    FedLoan Servicing,    PO Box 530210,   Atlanta, GA 30353-0210
19866795       +Department of Education,    2505 S Finley Road,    Lombard, IL 60148-4867
19866801        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
19866802       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
19866806       +GMAC Mortgage,   3451 Hammond Avenue,    Waterloo, IA 50702-5300
19936575       +GMAC Mortgage, LLC,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
19866805       +Gmac Mortgage,   Bankruptcy Department,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
19866809       +Trans Union LLC,   1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19866787       +EDI: TSYS2.COM Oct 17 2014 01:08:00     BarClays Bank PLC,    PO Box 8803,
                 Wilmington, DE 19899-8803
19866786       +EDI: TSYS2.COM Oct 17 2014 01:08:00     Barclays Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
19866793        EDI: CITICORP.COM Oct 17 2014 01:08:00     Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
19866791        EDI: CITICORP.COM Oct 17 2014 01:08:00     Citibank,   Attn: Bankruptcy Dept,    Po Box 20507,
                 Kansas City, MO 64195
19866790       +EDI: CHASE.COM Oct 17 2014 01:08:00     Chase *,   ATTN:  Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
19866794       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 17 2014 01:39:50      Cook County,
                 118 North Clark Street, Third Floor,    Chicago, IL 60602-1304
19866798        EDI: DISCOVER.COM Oct 17 2014 01:08:00     Discover Financial Services,    2500 Lake Cook Rd.,
                 Deerfield, IL 60015
19866799        EDI: DISCOVER.COM Oct 17 2014 01:08:00     Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
19866797       +EDI: NAVIENTFKASMDOE.COM Oct 17 2014 01:08:00      Department of Education / Sallie Mae,
                 Po Box 9635,    Wilkes Barre, PA 18773-9635
19866800        E-mail/Text: dplbk@discover.com Oct 17 2014 01:46:41      Discover Personal Loan,   Po Box 30954,
                 Salt Lake City, UT 84130-0954
19866803        EDI: GMACFS.COM Oct 17 2014 01:08:00     GMAC,   Po Box 12699,    Glendale, AZ 85318
19866804       +EDI: GMACFS.COM Oct 17 2014 01:08:00     GMAC Inc.,    200 Reinaissance Center,   PO Box 200,
                 Detroit, MI 48265-2200
20490784       +EDI: OPHSUBSID.COM Oct 17 2014 01:08:00     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20484899        EDI: PRA.COM Oct 17 2014 01:08:00     Portfolio Recovery Associates, LLC,
                 successor to CHASE BANK USA, N.A.,    POB 41067,   Norfolk, VA 23541
19866807       +EDI: NAVIENTFKASMSERV.COM Oct 17 2014 01:08:00      Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
19866808       +EDI: NAVIENTFKASMSERV.COM Oct 17 2014 01:08:00      Sallie Mae,   Attn: Claims Dept,
                 Po Box 9500,   Wilkes Barre, PA 18773-9500
19976807        EDI: NAVIENTFKASMGUAR.COM Oct 17 2014 01:08:00      Sallie Mae Inc. on behalf of USA FUNDS,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
19866810       +EDI: WFFC.COM Oct 17 2014 01:08:00     Wells Fargo Auto Finance,
                 AFG National Bankruptcy Department,    Po Box 7648,   Boise, ID 83707-1648
20044203        EDI: WFFC.COM Oct 17 2014 01:08:00     Wells Fargo Bank, N.A.,,
                 dba Wells Fargo Dealer Services,    P.O. Box 19657,   Irvine, CA 92623-9657
19866811       +EDI: WFFC.COM Oct 17 2014 01:08:00     Wells Fargo Dealer Services,    P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                                TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: bchavez              Page 2 of 2            Date Rcvd: Oct 16, 2014
                              Form ID: b18w              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2014 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor   Ocwen Loan Servicing, LLC nd-two@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    GMAC MORTGAGE, LLC (successor by merger to GMAC Mortgage
               Corp.) as servicer for The Bank of New York Mellon Trust Company, National Association fka The
               Bank of New York Trust Company, N.A. as successo nd-one@il.cslegal.com
              Mohammed O Badwan    on behalf of Joint Debtor Anna M. Kaczor mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Mohammed O Badwan    on behalf of Debtor Tomasz  Kaczor mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Debtor Tomasz  Kaczor courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Joint Debtor Anna M. Kaczor courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 8
```